**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Gidget M Cuticchia<br>          Debtor(s) | CHAPTER 13<br><br>BKY. NO. 12-15762 SR |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Deutsche Bank National Trust Company, as Trustee for Long Beach Mortgage Loan Trust 2006-11, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 8331

                   Respectfully submitted,

                   **/s/Thomas Puleo, Esquire**
                   Thomas Puleo, Esquire
                   Brian C. Nicholas, Esquire
                   KML Law Group, P.C.
                   701 Market Street, Suite 5000
                   Philadelphia, PA 19106-1532
                   (215) 825-6306  FAX (215) 825-6406