United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                           Case No. 12-15762-sr
Gidget M Cuticchia                                                               Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: YvetteWD          Page 1 of 3              Date Rcvd: Jan 23, 2017
                            Form ID: 138NEW         Total Noticed: 72

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2017.
```
db         +Gidget M Cuticchia,    2511 South 11 Street,    Philadelphia, PA 19148-4405
cr         +MARISA COHEN,   123 South Broad Street,    Philadelphia, Pa 19109-1029
12820443   +Andrew F. Gornall, Esquire,    KML Law Group, P.C.,    701 Market Street, Suite 5000,
             Philadelphia, PA 19106-1541
12782723   +Associated Credit Services, Inc,    105B South Street,    P.O. Box 9100,
             Hopkinton, MA 01748-2206
12782725   +Ballys,   8700 West Bryn Mawr,    Chicago, IL 60631-3552
12782730   ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court: Childrens Place/Citicorp Credit Services,
             Attn.: Centralized Bankruptcy,    Po Box 20363,    Kansas City, MO 64195)
12782728   +Chase - Toys R Us,    P.o. Box 15298,   Wilmington, DE 19850-5298
12782729   +Chase Home Finance, LLC,    Mail Code: OH4-7133,    3415 Vision Drive,   Columbus, OH 43219-6009
12782735    City of Philadelphia (water),    Law Department-Tax Unit,    1515 Arch Street, 15th Floor,
             Philadelphia, PA 19102-1595
12782738   ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
             (address filed with court: Dell Financial Services,    Attn: Bankruptcy Dept.,   Po Box 81577,
             Austin, TX 78708)
12782737   +David J. Apothaker, Esquire,    520 Fellowship Rd., Ste C-306,    Mount Laurel, NJ 08054-3410
12881496   +Deutsche Bank National Trust et al,    JPMorgan Chase Bank, N.A.,    3415 Vision Drive,
             OH4-7133,    Columbus, OH 43219-6009
12782740   +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
12782741   +Goldbeck, McCafferty & McKeever,    The Bourse Building - Suite 500,
             111 S. Independence Mall East,    Philadelphia, PA 19106-2515
12782742    Hayt, Hayt & Landau,    Meridian Center 1,    Two Industrial Way West,   PO Box 500,
             Eatontown, NJ 07724-0500
12782743   +Hfc - Usa,   Po Box 3425,    Buffalo, NY 14240-3425
12782746   +JPMorgan Chase Bank, NA,    3415 Vision Drive,    Attn: OH 4-7133,   Columbus, OH 43219-6009
12782744    Jacob Collection Group, LLC,    2623 West Oxford Loop,    Oxford, MS 38655-5442
12782745    Jefferson Univerity Hospitals,    Methodist Hospital,    P.O. Box 3475,   Toledo, OH 43607-0475
12782747   +Lamont Hanley & Associ,    1138 Elm St,   Manchester, NH 03101-1531
13138566   +Long Beach Mortgage Loan Trust 2006-11,     Serviced by Select Portfolio Servicing,,
             3815 South West Temple,    Salt Lake City, UT 84115-4412
12782749   +Mandees,   401 Hackensack Ave,    Hackensack, NJ 07601-6411
12968701   +Michael A. Cohen,    2113 Snyder Ave,   Philadelphia PA 19145-2719
12782752    Northstar Location Services,    Attn: Financial Services Dept.,    4285 Genesee Street,
             Buffalo, NY 14225-1943
12782753    PECO,   P.O. Box 13437,    Philadelphia, PA 19162-0437
12782754   +PGW,   800 W. Montgomery Ave,    Philadelphia, PA 19122-2806
12782756   +Rjm Acq Llc,    575 Underhill Blvd Ste 2,    Syosset, NY 11791-3426
12782757   +Sears/cbsd,   701 East 60th St N,    Sioux Falls, SD 57104-0432
12782758   +Security Credit Servic,    2653 West Oxford Loop,    Suite 108,   Oxfods, MS 38655-2929
12782759   +Target,   Po Box 59317,    Minneapolis, MN 55459-0317
12782760   +Tate & Kirlin Associates,    2810 Southampton Road,    Philadelphia, PA 19154-1207
12782762   +The Bank of New York as Trustee,    By Vericrest Financial, Inc.,    715 S Metropolitan Avenue,
             Oklahoma City, OK 73108-2088
12782763   +The Sagres Company,    10350 Science Ct,    San Diego, CA 92121-1129
13839310   +Thomas Puleo Esquire,    c/o Deutsche Bank National Trust,    KML Law Group P.C.,
             701 Market street ste 5000,    Philadelphia Pa 19106-1541
12900097   +VERICREST FINANCIAL,    13801 WIRELESS WAY,    OKLAHOMA CITY,OKLAHOMA 73134-2500
12782764   +Wfnnb/mandee,    995 W 122nd Ave,   Westminster, CO 80234-3417
12823419    eCAST Settlement Corporation, assignee,     of Chase Bank USA, N.A.,   POB 29262,
             New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: bankruptcy@phila.gov Jan 24 2017 02:05:44     City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 24 2017 02:05:39     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,   Philadelphia, PA 19106-4404
cr          E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 24 2017 01:58:59
             Midland Funding LLC by American InfoSource LP as a,    PO Box 4457,   Houston, TX  77210-4457
cr          E-mail/PDF: rmscedi@recoverycorp.com Jan 24 2017 01:58:30     Portfolio Investments I LLC,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
             Miami, FL  33131-1605
cr          E-mail/Text: bkdepartment@rtresolutions.com Jan 24 2017 02:05:36     Real Time Resolutions, Inc,
             1349 Empire Central Dr., Ste #150,     PO BOX 36655,   Dallas, TX  75247
12782722    E-mail/Text: legal@arsnational.com Jan 24 2017 02:05:21     ARS National Services Inc.,
             P.O. Box 463023,    Escondido, CA 92046-3023
12782721   +E-mail/Text: ebn@ltdfin.com Jan 24 2017 02:05:21     Advantage Assets II, Inc,
             7322 Southwest Freeway, Ste 1600,    Houston, TX 77074-2134
12806822    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 24 2017 01:58:59
             American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
             Oklahoma City, OK  73126-8941
```

```
District/off: 0313-2          User: YvetteWD              Page 2 of 3                   Date Rcvd: Jan 23, 2017
                              Form ID: 138NEW             Total Noticed: 72
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
12782724       E-mail/Text: legal@arsnational.com Jan 24 2017 02:05:21      Associated Recovery Systems,
                 PO Box 469046,    Escondido, CA 92046-9046
12915788       E-mail/Text: bankruptcy@phila.gov Jan 24 2017 02:05:43      City of Philadelphia,
                 SchoolDistrict of Philadelphia,    Law Department - Tax Unit,    One Parkway Building,
                 1515 Arch Street, 15th Floor,    Philadelphia, PA  19102-1595
12782726      +E-mail/Text: bankruptcy@cavps.com Jan 24 2017 02:05:38      Calvary Portfolio Services,
                 Attention:  Bankruptcy Department,    Po Box 1017,    Hawthorne, NY 10532-7504
12782727      +E-mail/Text: cms-bk@cms-collect.com Jan 24 2017 02:05:21      Capital Management Services, Inc.,
                 726 Exchange Street,    Suite 700,    Buffalo, NY 14210-1464
12804416      +E-mail/Text: bankruptcy@cavps.com Jan 24 2017 02:05:38      Cavalry Portfolio Services,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2322
12782732       E-mail/Text: bankruptcy@phila.gov Jan 24 2017 02:05:43      City of Philadelphia (BPT),
                 Law Department - Tax Unit,    1515 Arch Street, 15th Floor,    Philadelphia, PA 19102-1595
12782733      +E-mail/Text: bankruptcy@phila.gov Jan 24 2017 02:05:43      City of Philadelphia (L&I),
                 Dept of Licenses & Inspections,    1401 JFK Blvd, 11th Floor,    Code Violation Resolution Unit,
                 Philadelphia, PA 19102-1626
12782734       E-mail/Text: bankruptcy@phila.gov Jan 24 2017 02:05:43      City of Philadelphia (RE),
                 Law Department,    1515 Arch Street, 15th Floor,    Philadelphia, PA 19102-1595
12926413      +E-mail/Text: bankruptcy@phila.gov Jan 24 2017 02:05:44
                 City of Philadelphia, Law Department - Tax Unit,    Municipal Services Building,
                 1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1617
12782736      +E-mail/Text: creditonebknotifications@resurgent.com Jan 24 2017 02:05:17      Credit One Bank,
                 Po Box 98875,    Las Vegas, NV 89193-8875
12782739       E-mail/Text: data_processing@fin-rec.com Jan 24 2017 02:05:20
                 Financial Recovery Services, Inc.,    PO Box 385908,    Minneapolis, MN 55438-5908
12828131      +E-mail/Text: bankruptcy@fult.com Jan 24 2017 02:05:54      Fulton Bank of New Jersey,
                 fka The Bank,    Attn: Lois Moore,    1 S. Main St.,    Woodstown, NJ 08098-1116
12823970       E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 24 2017 02:05:37      Jefferson Capital Systems LLC,
                 PO BOX 7999,    SAINT CLOUD MN 56302-9617
12898420       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 24 2017 01:58:55
                 LVNV Funding LLC its successors and assigns,    c/o Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC  29603-0587
12881485       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 24 2017 01:58:54
                 LVNV Funding, LLC its successors and assigns as,    assignee of HSBC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
12782748      +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 24 2017 01:58:31      Lvnv Funding Llc,
                 P.o. B   10584,    Greenville, SC 29603-0584
12782750      +E-mail/Text: bankruptcydpt@mcmcg.com Jan 24 2017 02:05:32      Midland Credit Management,
                 Po Box 939019,    San Diego, CA 92193-9019
12934166       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 24 2017 01:59:18      Midland Funding LLC,
                 by American InfoSource LP as agent,    PO Box 4457,    Houston, TX  77210-4457
12782751      +E-mail/Text: egssupportservices@egscorp.com Jan 24 2017 02:05:36      Nco Financial Systems,
                 507 Prudential Rd,    Horsham, PA 19044-2308
12782755       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 24 2017 01:58:34      Portfolio Rc,
                 Attn: Bankruptcy,    Po Box 41067,    Norfolk, VA 23541
12856342       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 24 2017 01:59:01
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk VA 23541
12831781       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 24 2017 02:05:26
                 Pennsylvania Department of Revenue,    Bankruptcy Division, P.O Box 280946,
                 Harrisburg, PA  17128-0946
12793451       E-mail/PDF: rmscedi@recoverycorp.com Jan 24 2017 01:58:30      Portfolio Investments I LLC,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
12806511       E-mail/Text: bnc-quantum@quantum3group.com Jan 24 2017 02:05:22
                 Quantum3 Group LLC as agent for,    World Financial Network Bank,    PO Box 788,
                 Kirkland, WA  98083-0788
12906470       E-mail/Text: bkdepartment@rtresolutions.com Jan 24 2017 02:05:36
                 Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,    PO Box 36655,
                 Dallas, Texas 75247-4029
12789502       E-mail/PDF: rmscedi@recoverycorp.com Jan 24 2017 01:59:15
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
12782761      +E-mail/Text: bankruptcy@fult.com Jan 24 2017 02:05:54      The Bank,    c/o Lois Moore,
                 1 South Main Street,    Woodstown, NJ 08098-1116
                                                                                              TOTAL: 35

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
12782731*      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court: Citibank Usa,     Citicard Credit Srvs/Centralized Bankrup,
                   Po Box 20507,    Kansas City, MO 64195)
12832457*      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                 (address filed with court: Dell Financial Services, LLC,     Resurgent Capital Services,
                   PO Box 10390,    Greenville, SC 29603-0390)
12898421*       LVNV Funding LLC its successors and assigns,    c/o Resurgent Capital Services,    PO Box 10587,
                  Greenville, SC  29603-0587
```

```
District/off: 0313-2           User: YvetteWD              Page 3 of 3                  Date Rcvd: Jan 23, 2017
                               Form ID: 138NEW             Total Noticed: 72


              ***** BYPASSED RECIPIENTS (continued) *****
12913093*       ++REAL TIME RESOLUTIONS INC,    PO BOX 36655,    DALLAS TX 75235-1655
                 (address filed with court:   Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                   PO Box 36655,    Dallas, Texas 75247-4029)
cr             ##+SELECT PORTFOLIO SERVICING, INC, AS SERVICING AGEN,    3815 South West Temple,
                 Salt Lake City, UT 84115-4412
                                                                                              TOTALS: 0, * 5, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 23, 2017 at the address(es) listed below:
              ANN E. SWARTZ    on behalf of Creditor   The Bank of New York Mellon, as Trustee
               ecfmail@mwc-law.com,    ecfmail@mwc-law.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Deutsche Bank National Trust Company, et al...
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              KEVIN T MCQUAIL    on behalf of Creditor    The Bank of New York Mellon, as Trustee
               ecfmail@mwc-law.com
              KIMBERLY A. BONNER    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in
               trust for registered Holders of Long Beach Mortgage Loan Trust 2006-11 Asset-Backed Certificates,
               Series 2006-11 amps@manleydeas.com
              MARISA MYERS COHEN    on behalf of Creditor    The Bank of New York Mellon, as Trustee
               mcohen@mwc-law.com
              MICHAEL ADAM COHEN    on behalf of Debtor Gidget M Cuticchia mcohen1@temple.edu
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in
               trust for registered Holders of Long Beach Mortgage Loan Trust 2006-11 Asset-Backed Certificates,
               Series 2006-11 tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 11
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Gidget M Cuticchia
       Debtor(s)                                         Bankruptcy No: 12−15762−sr

                                                                            Chapter: 13

_____

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

   1. The Standing Chapter 13 Trustee has filed his final report and account.

   2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

within 30 days from the date of this notice.

   3. In the absence of any objection, the Court may enter the Order of Discharge.

                                                                          For The Court

                                                                          Timothy B. McGrath
                                                                          Clerk of Court

Dated: 1/23/17