United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Gidget M Cuticchia  
    Debtor

Case No. 12-15762-sr  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: DonnaR      Page 1 of 1      Date Rcvd: Mar 03, 2017  
                       Form ID: 195      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2017.  
db            +Gidget M Cuticchia,    2511 South 11 Street,    Philadelphia, PA 19148-4405

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2017                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2017 at the address(es) listed below:
           ANN E. SWARTZ    on behalf of Creditor    The Bank of New York Mellon, as Trustee
            ecfmail@mwc-law.com,    ecfmail@mwc-law.com
           FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
            ecf_frpa@trustee13.com
           FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
           JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Deutsche Bank National Trust Company, et al...
            bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
           KEVIN T MCQUAIL    on behalf of Creditor    The Bank of New York Mellon, as Trustee
            ecfmail@mwc-law.com
           KIMBERLY A. BONNER    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in
            trust for registered Holders of Long Beach Mortgage Loan Trust 2006-11 Asset-Backed Certificates,
            Series 2006-11 amps@manleydeas.com
           MARISA MYERS COHEN    on behalf of Creditor    The Bank of New York Mellon, as Trustee
            mcohen@mwc-law.com
           MICHAEL ADAM COHEN    on behalf of Debtor Gidget M Cuticchia mcohen1@temple.edu
           POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
            ecf_frpa@trustee13.com
           THOMAS I. PULEO    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in
            trust for registered Holders of Long Beach Mortgage Loan Trust 2006-11 Asset-Backed Certificates,
            Series 2006-11 tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
           United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                      TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                : Chapter 13

Gidget M Cuticchia                                         : Case No. 12−15762−sr
      Debtor(s)

***ORDER***
_____

    AND NOW, this day , March 3, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Stephen Raslavich
Judge , United States Bankruptcy Court

120
Form 195